UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re ASHANTI GOLDFIELDS
SECURITIES LITIGATION

JUDGMENT
00-CV- 0717 (DGT)

-------------------------------------------------------------X

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on November 15, 2005, dismissing plaintiffs' claims with prejudice; granting Counsel in this matter attorneys fees in the form of 27.5% of the gross settlement fund and $1,377,825.93 in reasonable fees and expenses; and directing that lead plaintiffs are awarded $7,219.00 from the settlement fund; it is

ORDERED and ADJUDGED that plaintiffs' claims are dismissed with prejudice; that Counsel in this matter is granted attorneys fees in the form of 27.5% of the gross settlement fund and $1,377,825.93 in reasonable fees and expenses; and that lead plaintiffs are awarded $7,219.00 from the settlement fund.

Dated: Brooklyn, New York
March 29, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court